Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-401-548**

**Effective Date of Registration:**
March 07, 2024
**Registration Decision Date:**
July 03, 2024

## Title
_____

**Title of Work:** 3 Wise Swag

## Completion/Publication
_____

**Year of Completion:** 2015
**Date of 1st Publication:** September 25, 2015
**Nation of 1st Publication:** Brazil

## Author
_____

- **Author:** Juliano dos Santos de Araujo
  **Pseudonym:** 3 Wise Swag
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil
  **Pseudonymous:** Yes

## Copyright Claimant
_____

**Copyright Claimant:** Juliano dos Santos de Araujo
758 Franca Street, Jardim Europa, Foz do Iguacu - PR, 85859-318, Brazil

## Rights and Permissions
_____

**Name:** Juliano dos Santos de Araujo
**Email:** hello_yobrostudio@hotmail.com
**Address:** 758 Franca Street
Jardim Europa
Foz do Iguacu - PR 85859-318 Brazil

## Certification
_____

