**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JULIANO DOS SANTOS DE ARAÚJO,

    Plaintiff,                                                Case No.: 1:26-cv-01442

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | Youbo Gallery |
| 2 | ZheLun-ART |
| 3 | LANIN STORE |
| 4 | YANPU-art |
| 5 | jian hui Extraordinary poster |
| 6 | Print Store USA BTHTp POSTER M10 |
| 7 | DCORPZ |
| 8 | AiBXi |
| 9 | PawsPalette |
| 10 | New World Canvas Art |
| 11 | be reborn programmer |
| 12 | Canvas WildWonder |
| 13 | NookNarrative |
| 14 | Fourbuty |
| 15 | Astralume Wall Art |
| 16 | FineButy |
| 17 | HomeCanvas Haven |
| 18 | reborn Tong |
| 19 | AnimalEasel |
| 20 | Cocoon Parcelure |
| 21 | FCWWW |
| 22 | Oil painting Superman |
| 23 | Golden Retrieve |
| 24 | baiduying |
| 25 | LZMGXALZLA |

| 26 | Shuping ART |
|---|---|
| 27 | Super funny cat |
| 28 | FurCanvas Art |
| 29 | QGG Home Art |
| 30 | WallArtistry Hubs |
| 31 | JingT Canvas Painting Shop |
| 32 | RX Canvas Painting Shop |
| 33 | JingX Canvas Painting Shop |
| 34 | Qiuling Canvas Painting Shop |
| 35 | HueCanvas |
| 36 | HL Canvas Painting Shop |
| 37 | XQ Canvas Painting Shop |
| 38 | YCC Canvas Painting Shop |
| 39 | YJ Canvas Painting Shop |
| 40 | XUNYAOZH |
| 41 | Fun Chian Wall Art |
| 42 | Canva Wonders |
| 43 | Sunbleached Palette |
| 44 | NICEFJYZW |
| 45 | FCGHWWW |
| 46 | Timbre Grain |
| 47 | Sevenbuty |
| 48 | Canvas Oil Painting Art |
| 49 | D Art Gallery Hall |
| 50 | VellumNest |
| 51 | Canvas art work |
| 52 | MasterCanvas |
| 53 | XXT Canvas Painting Shop |
| 54 | QYY Canvas Painting Shop |
| 55 | KGG Canvas Painting Shop |
| 56 | Zhoushuxuan |
| 57 | SHY ART |
| 58 | Beautiful flowers means love |
| 59 | Moy Wall Art |
| 60 | Eden Couture |
| 61 | Tinker Art Poster |
| 62 | LaBu Art Posters |
| 63 | Flower Art Poster |
| 64 | Dkp Art Posters |
| 65 | Thunder Art Poster |
| 66 | Flowers Poster |

| | |
|---|---|
| 67 | Dark Art Poster |
| 68 | METALES |
| 69 | Violetrd |
| 70 | heibaicafess |
| 71 | PURCHASESs |
| 72 | COMFORTBLEES |
| 73 | pingdingshanshengjishangmaoyouxiangongsi |
| 74 | AIBX |
| 75 | AGENDAS |
| 76 | Cqwert |
| 77 | YoYo Posters |
| 78 | CHENXIAART |
| 79 | XQYZC Canvas Painting Shop |
| 80 | HC Canvas Painting Shop |
| 81 | ZK Canvas Painting Shop |
| 82 | YBB Canvas Painting Shop |
| 83 | FDCAFJK |
| 84 | GZ Canvas Painting Shop |
| 85 | XingS Canvas Painting Shop |
| 86 | XingH Canvas Painting Shop |
| 87 | XingY Canvas Painting Shop |
| 88 | JX Canvas Painting Shop |
| 89 | Collaborative Digital Qil Painting Shop |
| 90 | Xs Canvas Painting Shop |
| 91 | Creative Digital Oil Painting |
| 92 | Canvas Canvas |
| 93 | Mio Home Canvas Painting |
| 94 | CanvasFable |
| 95 | A canvas painting |
| 96 | FableFrame |
| 97 | Yohi Canvas Painting Shop |
| 98 | KX Canvas Painting Shop |
| 99 | XINGD Canvas Painting Shop |
| 100 | VisionLair Canvas Painting |
| 101 | DreamPaletteCanvas painting |