**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juliano Dos Santos De Arajo

                                 Plaintiff,

v.                                        Case No.:
1:26–cv–01442

                                        Honorable Andrea R.
Wood

The Partnerships and Unincorporated Associations
Identified on Schedule A

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 28, 2026:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 5/28/2026.No one appeared on behalf of the defendants. For the reasons stated on the record, Plaintiff's motion for default judgement [21] is granted. Enter default judgment order. No further court date will be set at this time. Civil case terminated. Mailed notice. (vjd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.