**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

JULIANO DOS SANTOS DE ARAUJO,     )
                                     )
           Plaintiff,            )
                                       )        No. 26-cv-01442
       v.                       )
                                       )        Judge Andrea R. Wood
THE PARTNERSHIPS AND           )
UNINCORPORATED ASSOCIATIONS     )
IDENTIFIED ON SCHEDULE "A",        )
                                       )
           Defendants.          )

**DEFAULT JUDGMENT ORDER**

This action having been commenced by Plaintiff JULIANO DOS SANTOS DE ARAÚJO

("Araújo" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using

the Online Marketplace Accounts identified on First Amended Schedule A (collectively, the

"Defendant Internet Stores"), and Araújo having moved for entry of Default and Default Judgment

against the defendants identified on First Amended Schedule A attached hereto which have not yet

been dismissed from this case (collectively, "Defaulting Defendants");

Araújo having properly completed service of process on Defaulting Defendants, the

combination of providing notice via electronic publication and e-mail, along with any notice that

Defaulting Defendants received from payment processors, being notice reasonably calculated

under all circumstances to apprise Defaulting Defendants of the pendency of the action and

affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time

for answering having expired, so that the allegations of the Complaint are uncontroverted and are

deemed admitted;

This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Araújo has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Araújo's federally registered copyright, which is protected by U.S. Copyright Registration No. VA 2-401-548 (the "Juliano Araújo Work") to residents of Illinois.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Araújo's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting in active concert or participation with them be permanently enjoined and restrained from:

   a. using the Juliano Araújo Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Juliano Araújo product or not authorized by Araújo to be sold in connection with the Juliano Araújo Work;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Juliano Araújo product or any other product produced by Araújo, that is not Araújo's

or not produced under the authorization, control, or supervision of Araújo and approved by Araújo for sale under the Juliano Araújo Work;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Araújo, or are sponsored by, approved by, or otherwise connected with Araújo; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Araújo, nor authorized by Araújo to be sold or offered for sale, and which bear any of Araújo's copyrights, including the Juliano Araújo Work, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Juliano Araújo Work; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Juliano Araújo Work or any reproductions, infringing copies, or colorable imitations thereof that is not a

3

genuine Juliano Araújo product or not authorized by Araújo to be sold in connection with the Juliano Araújo Work.

3. Upon Araújo's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall, within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Juliano Araújo Work.

4. Pursuant to 17 U.S.C. § 504(c)(2), Araújo is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Juliano Araújo Work on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Araújo as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Araújo the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7.  Until Araújo has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Araújo shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8.  In the event that Araújo identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Araújo may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at and any e-mail addresses provided for Defaulting Defendants by third parties.

This is a Final Judgment.

Dated: May 29, 2026

_____
Andrea R. Wood
United States District Judge

**First Amended Schedule A**

| No. | Defendants |
|-----|------------|
| 1 | Youbo Gallery |
| 2 | ZheLun-ART |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | DCORPZ |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |



